## ABE GREEN v. STATE.

No. A-748.   Opinion Filed October 14, 1911.

Appeal from Custer County Court; A. H. Latimer, Judge.

Abe Green was convicted of violating the prohibitory law, and appeals.   Affirmed.

Leroy Jones and Chas. D. Peck, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Custer county on the 31st day January, 1910, on a charge of selling intoxicating liquor, and on the 7th day of March, thereafter, was sentenced to pay a fine of three hundred dollars and serve thirty days in the county jail.   A careful examination of the record discloses no error prejudicial to the rights of the plaintiff in error and the judgment of the trial court is therefore affirmed.

## W. H. FERGUSON v. STATE.

No: A-1135.   Opinion Filed October 14, 1911.

Appeal from Caddo County Court; C. Ross Hume, Judge.

Bristow & McFayden, for plaintiff in error.

PER CURIAM.   W. H. Ferguson, plaintiff in error, was convicted of the crime of having possession of intoxicating liquor with the intent to violate the provisions of the prohibition law, and was, on March 30th, 1911, sentenced to be confined in the county jail of Caddo county for a period of sixty days and pay a fine of three hundred dollars, and that on the failure to pay such fine that he be further so confined until the same is satisfied according to law.   From which judgment an appeal was taken by filing in this court on May 6th, 1911, a petition in error with case-made.   Plaintiff in error, on October 5th, by his attorneys of record, filed a motion to dismiss said appeal, which motion is sustained and said appeal is accordingly dismissed and the cause remanded to the county court of Caddo county with direction to enforce the judgment and sentence.